Ashley K. Peterson, Appellant, v. Emma Peterson, Appellee.

### In Banc.

Appeal from Circuit Court, Duval county; Rhydon M. Call, Judge.

Jno. L. Doggett for appellant.

W. H. Baker and Wm. B. Young for appellee.

The bill in this cause was filed by the appellee against the appellant. There was decree for the complainant, and the defendant appealed. Appeal dismissed on stipulation of counsel.